**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andrea D. Bergman |
| v. | : | Magistrate. No. 26-1171 |
| KEVIN J. MILTON | : | Misdemeanor Class A |

Offense on a Federal Reservation

Before the Honorable Andrea D. Bergman, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 3401, personally appeared this day Thomas J. Arning, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 16th day of June, 2026, in the Judicial District of New Jersey, Kevin J. Milton did knowingly and willfully violate United States National Defense Airspace, as defined in Title 49, United States Code, Section 40103(b)(3), in violation of Title 49, United States Code, Section 46307.

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

Thomas J. Arning
Assistant United States Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

Dated: 8.27.26

Hon. Andrea D. Bergman
United States Magistrate Judge

**Statement of Probable Cause**

I, Timothy Lee, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February of 2023. I am currently assigned to the Newark, New Jersey Field Office where my duties include investigating violations of federal law. I have received training and have gained experience in interview and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

49 United States Code (U.S.C.) §46501 establishes the Special Aircraft Jurisdiction of the United States and gives the federal government jurisdiction in all criminal matters occurring on any civil aircraft of the United States while in flight, regardless of departure or arrival location.

This statement of probable cause is in support of a violation notice against KEVIN JESUS MILTON (MILTON), for a violation of 49 U.S.C. §46307, Violation of National Defense Airspace; Temporary Flight Restriction, which occurred on June 16, 2026, in Secaucus, New Jersey during a FIFA World Cup soccer match.

The facts set forth in this Statement of Probable Cause are based on my personal observations, my training and experience, and information obtained from other law enforcement officers/agents and witnesses. This document is intended to show that there is sufficient probable cause for the requested violation notice and does not allege to set forth all of my knowledge of the investigation regarding this matter.

**BACKGROUND**

49 U.S.C. §46307 states, "A person that knowingly or willfully violates section 40103(b)(3) of this title or a regulation prescribed or order issued under section 40103(b)(3) shall be fined under title 18, imprisoned for not more than one year, or both." 49 U.S.C. §40103(b)(3), "To establish security provisions that will encourage and allow maximum use of the navigable airspace by civil aircraft consistent with national security, the Administrator, in consultation with the Secretary of Defense, shall-(A) establish areas in the airspace the Administrator decides are necessary in the interest of national defense; and (B) by regulation or order, restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas."

CVB SCAN 06/26/2026 14:20

On June 16, 2026, MILTON violated 49 U.S.C. §46307 by willfully operating an unmanned aircraft, a DJI brand drone, within airspace designated as National Defense Airspace by the FAA. Pursuant to 14 CFR 99.7 Special Security Instructions (SSI), all unmanned aircraft systems (UAS) flight operations are prohibited when: A single TFR is in place that prohibits unauthorized manned aircraft as well as unauthorized UAS operations.

FDC NOTAM 6/7956 states, in relevant part, that from 12:00PM EDT on 06/16/2026 until 9:00PM EDT on 06/16/2026, the area within a "3NM (nautical mile) radius of 404849N0740428W," the GPS Coordinates of NYNJ Stadium, "is being defined as National Defense Airspace" which thereby restricted use of the airspace by any Unmanned Aerial Systems under 3,000 feet.

**Summary of Probable Cause**

1. On June 16, 2026, while conducting Unmanned Aircraft Systems (UAS) detection operations for the FIFA World Cup Match at NYNJ Stadium, enforcing the FAA's Temporary Flight Restriction (TFR), the FBI detected a DJI Drone, broadcasting Remote ID F9DEC25A8029GTLR, operating near the intersection of Koelle Blvd and Central Ln, Secaucus, New Jersey, which was a part of the previously noted National Defense Airspace near NYNJ Stadium. The Counter UAS Team deployed to this location and observed MILTON in possession of a controller. The Counter UAS Team asked MILTON if he was flying a drone, which MILTON verbally confirmed. The Counter UAS team then asked MILTON to land the drone, which he did. The Counter UAS Team observed the drone, which was in the air at the time of their arrival on scene, descend and land. MILTON verbally confirmed the drone was his and that he had been operating the drone. The drone's serial number, 1581F9DEC25A8029GTLR corresponded to the observed Remote ID previously detected.
2. Based on the foregoing I believe there is probable cause to believe that MILTON violated 49 U.S.C. §46307 Violation of National Defense Airspace; Temporary Flight Restriction on June 16, 2026.

Dated: June 18, 2026

Timothy Lee
Special Agent
Federal Bureau of Investigation

CVB SCAN 06/26/2026 14:20